IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JIMMIE ESKRIDGE**                                                    **PLAINTIFF**

V.                                                      NO. 4:23-CV-125-DMB-JMV

**JEFFERY ALLEN BROWN; T.S.
EXPEDITING SERVICES, INC.;
and/or DOES ONE through FIVE**                                **DEFENDANTS**

## ORDER

On December 6, 2023, the parties filed a joint motion "for entry of a judgment of dismissal, fully and finally dismissing this action with prejudice." Doc. #29 at 1. As cause, the parties represent that they "reached an agreement to settle all claims of the plaintiff in return for a complete release and dismissal of this action with prejudice." *Id.*

Based on the parties' representation of a settlement, the joint motion [29] is **GRANTED** and this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 7th day of December, 2023.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**